VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16476.

*Jeremiah Donovan*, in support of the petition.

*Mitchell S. Brody*, assistant state's attorney, in opposition.

Decided February 7, 2001

STATE OF CONNECTICUT *v.* GREGORY BURRUS

The defendant's petition for certification for appeal from the Appellate Court, 60 Conn. App. 369 (AC 18881), is denied.

ZARELLA, J., did not participate in the consideration or decision of this petition.

*Joseph B. Burns*, in support of the petition.

*Rita M. Shair*, assistant state's attorney, in opposition.

Decided February 7, 2001

RICHARD PRESTON *v.* STATE OF CONNECTICUT, DIVISION OF CRIMINAL JUSTICE

The plaintiff's petition for certification for appeal from the Appellate Court, 60 Conn. App. 853 (AC 19395), is denied.

SULLIVAN, C. J., and PALMER, VERTEFEUILLE and ZARELLA, Js., did not participate in the consideration or decision of this petition.

*Richard Preston*, pro se, in support of the petition.